**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                              NO.  4:13CR00023-001  SWW

LARRY JOHN GOMER, JR.                                                       DEFENDANT

## ORDER

The above entitled cause came on for hearing July 2, 2013 on government's petition to revoke the supervised release [doc #3] previously granted this defendant in the United States District Court for the Southern District of California.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWENTY-FOUR (24) MONTHS* in the custody of the Bureau of Prisons.  The Court recommends that defendant be placed in a facility in Forrest City, Arkansas; and that defendant participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 2nd day of July 2013.

/s/Susan Webber Wright
United States District Judge